IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR 270 |
| | ) | |
| vs. | ) | INFORMATION |
| | ) | (18 U.S.C. §1001) |
| CONNIE SCARROW, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGE BATAILLON**

**MAGISTRATE JUDGE GOSSETT**

The United States Charges:

COUNT I

On or about the 30th day of April, 2005, in the District of Nebraska, in a matter within the jurisdiction of the U. S. Department of Labor, an agency of the United States of America, the defendant, CONNIE SCARROW, knowingly and willfully caused to be made and used a false writing, knowing the same to contain a false, fictitious and fraudulent material statement in that the defendant prepared and filed a Labor Organization Annual Reports which did not reflect the total amount of disbursements made during the reporting cycle.

In violation of Title 18, United States Code, Section 1001.

UNITED STATES OF AMERICA

JOE W. STECHER
United States Attorney

By: FREDERICK D. FRANKLIN
Assistant U.S. Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

Assistant U.S. Attorney